# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

146517 & (41)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BARRY C. BROWN,
        Plaintiff-Appellee,

v

HOME-OWNERS INSURANCE COMPANY,
        Defendant-Appellant.

SC: 146517
COA: 307458
Ingham CC: 09-001584-NF

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the December 4, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

t0422